962

No. 01–5860.  WATTS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–6252.  WOOD v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6281.  KEMP v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6462.  GRAVES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6491.  LUZARDO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–6987.  HILL ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–7092.  MANN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 01–7161.  RIOS-ARAIZA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7432.  MASON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7485.  RAWLS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–7694.  LEVINE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7723.  ANTONIO RODRIGUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7758.  COLLINS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–7804.  KING v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 01–8099.  BOTTOSON v. FLORIDA ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 01–8208.  MARCH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.